UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WILLIAM GRECIA, | |
|---|---|
| Plaintiff, | |
| -v- | No. 15-cv-9059 (RJS) |
| MASTERCARD, INC., | ORDER |
| Defendant. | |

| WILLIAM GRECIA, | |
|---|---|
| Plaintiff, | |
| -v- | No. 15-cv-9210 (RJS) |
| VISA, INC., | ORDER |
| Defendant. | |

| WILLIAM GRECIA, | |
|---|---|
| Plaintiff, | |
| -v- | No. 15-cv-9217 (RJS) |
| AMERICAN EXPRESS CO. | ORDER |
| Defendant. | |

| WILLIAM GRECIA, | |
|---|---|
| Plaintiff, | |
| -v- | No. 16-cv-7022 (RJS) |
| 1-800-FLOWERS.COM, INC. | ORDER |
| Defendant. | |

| | |
|---|---|
| WILLIAM GRECIA, Plaintiff, -v- BESTBUY.COM, LLC Defendant. | No. 16-cv-7024 (RJS) ORDER |
| WILLIAM GRECIA, Plaintiff, -v- J. CREW GROUP, INC. Defendant. | No. 16-cv-7025 (RJS) ORDER |
| WILLIAM GRECIA, Plaintiff, -v- NIEMAN MARCUS GROUP, INC. Defendant. | No. 16-cv-7026 (RJS) ORDER |
| WILLIAM GRECIA, Plaintiff, -v- ADORAMA CAMERA, INC. Defendant. | No. 16-cv-7111 (RJS) ORDER |

WILLIAM GRECIA,

                Plaintiff,

-v-

SAMSUNG ELECTRONICS AMERICA, INC.

                Defendant.

No. 16-cv-9691 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of letters from Defendants BestBuy.com, LLC and Adorama, Inc., dated January 25, 2017, requesting a pre-motion conference on their contemplated motions to stay the cases against them pending resolution of the earlier-filed case against Defendant Visa, Inc. (16-cv-7024, Doc. No. 23; 16-cv-7111, Doc. No. 17.) IT IS HEREBY ORDERED THAT Plaintiff shall respond to the pre-motion letters by January 30, 2017, in accordance with Rule 2.A of the Court's Individual Rules and Practices. IT IS FURTHER ORDERED THAT the status and pre-motion conference currently scheduled for February 9, 2017 shall also serve as a pre-motion conference on Defendants BestBuy.com, LLC's and Adorama, Inc.'s contemplated motions to stay.

    The Clerk of Court is respectfully directed to docket this order in each of the above-captioned cases.

SO ORDERED.

Dated:    January 25, 2017
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE